1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  JOHN N. GLANG (GUAMBN 94012)
   Assistant United States Attorney
5
        150 Almaden Boulevard, Suite 900
6       San Jose, California 95113
        Telephone: (408) 535-5084
7       Facsimile: (408) 535-5066
        Email: John.Glang@usdoj.gov
8
   Attorneys for the United States of America
9

**FILED**

NOV 21 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                        SAN JOSE DIVISION

13  UNITED STATES OF AMERICA,           )   No. CR 11-00090-DLJ
                                        )
14          Plaintiff,                  )   STIPULATION AND [~~PROPOSED~~]
                                        )   ORDER EXCLUDING TIME UNDER
15      v.                              )   SPEEDY TRIAL ACT
                                        )
16  ALAN CHARLES TINKER,                )
                                        )
17          Defendant.                  )
                                        )
18  _____ )

19

20      The above-captioned defendant and the United States of America, by and through their

21  counsel of record, hereby agree and stipulate that the court may exclude the period of time from

22  the date of the defendant's initial appearance with counsel before United States Magistrate Judge

23  Howard R. Lloyd on November 14, 2011 through and including February 7, 2012, from the

24  computation of the period of time within which the trial must commence for the reasons set forth

25  ///

26  ///

27  ///

28  ///

1

in the proposed order below.

DATED: November 18, 2011            MELINDA HAAG
                                    United States Attorney


                                    _____/s/_____
                                    JOHN N. GLANG
                                    Assistant United States Attorney



                                    _____/s/_____
                                    SCOTT H. FREWING
                                    Attorney for defendant Alan Charles Tinker


## [~~PROPOSED~~] ORDER

Pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv), and the stipulation of the parties, the court excludes the period of time from November 14, 2011, through and including February 7, 2012, from the computation of the period of time within which the trial must commence. The court FINDS that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial. The court bases this finding on the need of counsel for the defendant to review voluminous discovery in this case that is about to be provided to him by the government and to afford counsel the reasonable time necessary for effective preparation, within the meaning of 18 U.S.C. Section 3161(h)(7)(B)(iv).

**IT IS SO ORDERED.**

DATED: 11/21/11                     _____
                                    HOWARD R. LLOYD
                                    United States Magistrate Judge
                                    Northern District of California