Scott H. Frewing, State Bar No. 191311
Sean C. Adams, State Bar No. 280372
**BAKER & McKENZIE LLP**
660 Hansen Way
Palo Alto, CA  94304-1044
Telephone: +1 650 856 2400
Facsimile:  +1 650 856 9299
scott.frewing@bakermckenzie.com
sean.adams@bakermckenzie.com

Attorneys for Defendant
ALAN CHARLES TINKER

Melinda Haag, CABN 132612
**United States Attorney**
Miranda Kane, CABN 150630
**Chief, Criminal Division**
John N. Glang, GUAMBN 94012
**Assistant United States Attorney**
150 Almaden Boulevard, Suite 900
San Jose, CA 95113
Telephone:  (408) 535-5061
Facsimile:  (408) 535-5066
John.Glang@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALAN CHARLES TINKER,<br><br>Defendant. | **Case No. CR 11-00090-DLJ**<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING;  ORDER** |

Pursuant to CRIM. L.R. 32-2, the parties stipulate, and respectfully move this Court to continue the Sentencing Hearing originally scheduled for February 14, 2013 in the above-captioned matter to March 14, 2013 at 10:00 a.m.  A continuance will allow sufficient time for the Probation Officer to conduct an interview of Defendant Alan Charles Tinker prior to the issuance of the final

- 1 -

CASE NO. CR 11-00090-DLJ
STIPULATION TO CONTINUE SENTENCING HEARING;  ORDER

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

presentencing report. The parties have conferred and certify that all necessary participants are available on the proposed date.

DATE: January 22, 2013                  MELINDA HAAG
                                        United States Attorney


                                        By: /s/ JOHN N. GLANG
                                            John N. Glang
                                            Attorney for Plaintiff
                                            UNITED STATES OF AMERICA

DATE: January 22, 2013                  BAKER & McKENZIE LLP


                                        By: /s/ SCOTT H. FREWING
                                            Scott H. Frewing
                                            Attorney for Defendant
                                            ALAN CHARLES TINKER

Pursuant to General Order No. 45, Section X(B), Scott H. Frewing hereby attests that the signatory's concurrence in the filing of this document has been obtained.

### [] ORDER

Pursuant to the stipulation of the parties, the Sentencing Hearing scheduled for February 14, 2013 is vacated and the Sentencing Hearing shall be held on March 14, 2013 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: _____        _____
                                        D. LOWELL JENSEN
                                        SENIOR UNITED STATES DISTRICT JUDGE

- 2 -
CASE NO. CR 11-00090-DLJ
STIPULATION TO CONTINUE SENTENCING HEARING;"ORDER

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400